UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

RESORT SOLUTION TRUST, INC.,
    a Florida corporation,

LINCOLN RENWICK II, individually and as owner, officer, or manager of Resort Solution Trust, and

ANTHONY TALAVERA, individually and as owner, officer, or manager of Resort Solution Trust,

    Defendants.
    /

CASE NO.: 8:13-cv-1329-T-33TBM

# ORDER

Before the Court is the Receiver's Motion for Authorization To Liquidate Items Of $5,000 Or Less In Value Without Further Order (the "Motion") (Doc. 24). Upon due consideration of the Receiver's submissions and the Receiver's powers as set forth in the Preliminary Injunction (Doc. 21), and applicable law, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Receiver is authorized to sell, donate, or otherwise dispose of RST's office furniture and equipment, other than any computers. The Receiver is further authorized to sell, donate, or otherwise dispose of any other personal property of the Receivership Estate

that the Receiver hereafter recovers, other than computers, which personal property has an individual resale value of $5,000 or less, without prior approval of this Court.

**DONE and ORDERED** in chambers in Tampa, Florida this 1st day of July, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record