```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.                                    Case No.  8:13-cv-1329-T-33TBM

RESORT SOLUTION TRUST, INC., ET AL.,

        Defendants.
_____/

## **ORDER**

This matter is before the Court pursuant to the Receiver's Unopposed First Interim Motion for Order Awarding Fees and Reimbursement of Costs to Receiver and his Professionals (Doc. # 28), filed on July 19, 2013. Upon review of the Motion and accompanying exhibits and being fully advised in the premises, the Court grants the unopposed Motion.

The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| Burton Wiand, Receiver: | $3,990.00 |
| Wiand Guerra King P.L. | $26,339.91 |
| RWJ Group, LLC | $6,877.13 |

Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:**

The Receiver's Unopposed First Interim Motion for Order

Awarding Fees and Reimbursement of Costs to Receiver and his Professionals (Doc. # 28) is **GRANTED** as specified above.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>23rd</u> day of July, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2